AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| **FILED** CLERK, U.S. DISTRICT COURT<br><br>April 27, 2022<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ____ VM ____ DEPUTY | **LODGED** CLERK, U.S. DISTRICT COURT<br><br>4/26/2022<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ____ VAM ____ DEPUTY |

United States of America,

v.

Charles Wesson II, and
Kenneth Lewis,

Defendants.

Case No.  2:22-mj-01651-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning no later than in or around July 2019 and continuing until at least in or around September 2021, in the

county of Los Angeles in the Central District of California, the defendants violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |

This criminal complaint is based on these facts:

**Please see attached affidavit.**

_/S/ Jason Jones_
_____
Complainant's signature

Jason Jones, USMS Task Force Office
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  April 27, 2022
_____
Judge's signature

City and state:  Los Angeles, California

U.S.M.J. Michael R. Wilner
_____
Printed name and title

Arrest Warrant

## AFFIDAVIT

I, Jason Jones, being duly sworn, declare and state as follows:

## PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint against and warrants to arrest **CHARLES WESSON II** (**"WESSON"**) and **KENNETH LEWIS** (**"LEWIS"**) for a violation of 18 U.S.C. § 1343 (wire fraud).

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.

3.   This affidavit is intended to show only that there is probable cause for the requested complaint and arrest warrants, and does not purport to set forth all of my knowledge of or investigation into this matter.

4.   Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only. Further, all dates and amounts are approximations, and the words "on or about" and "approximately" are omitted for clarity.

## BACKGROUND OF AFFIANT

5.   I am a Special Deputy United States Marshal and member of the Southern California High Tech Crimes Task Force. I have been a sworn peace officer with the Los Angeles County Sheriff's Department ("LASD") for over 19 years and have been a detective for LASD for over eight years. As an LASD detective, I am

1

assigned to the LASD Fraud and Cyber Crimes Bureau. I have received formal and informal training from LASD, the Federal Bureau of Investigation, the United States Secret Service, and private organizations dedicated to investigating identity theft and cyber-crimes.

6.   After completing the LASD academy, I was assigned to the LASD Custody Division for more than four years, where I provided security for thousands of inmates. While working in this capacity, I spoke with inmates regarding criminal behavior, criminal activity, and methods used to detect and avoid law enforcement. I also spent more than five years working patrol assignments at the LASD Palmdale and Santa Clarita Stations. I spent one year as a Field Training Officer and was responsible for supervising and training patrol deputies on how to conduct criminal investigations. In this capacity, I developed experience related to crime scene investigations, interviewing witnesses and suspects, and proper evidence collection and documentation.

### SUMMARY OF PROBABLE CAUSE

7.   Over the past several years, **CHARLES WESSON II** ("**WESSON**") and **KENNETH LEWIS** ("**LEWIS**") have used stolen identities to purchase and attempt to purchase expensive cars and motorcycles, and to rent high-end apartments, around the country, including in California, Alabama, and Georgia. **WESSON** and **LEWIS** financed the purchase of the vehicles through financial institutions, and applied for the luxury apartments using online products that generated interstate wires.

## STATEMENT OF PROBABLE CAUSE

8.   Based on my review of third-party records, law enforcement reports, search warrant evidence, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.   *Victim RM reports that his identity was used to purchase high-end vehicles***

9.   On February 22, 2021, victim RM filed an identity theft report with the Murietta Police Department ("MPD") stating that his personal identifying information ("PII") had been stolen and used to purchase cars from car dealerships in Georgia, Florida, North Carolina, and California.

10.   MPD Detective Mehr began investigating RM's report and discovered that one of the cars the suspects attempted to purchase was from Gwinett Place Ford in Duluth, Georgia. Detective Mehr contacted the Gwinett Place operations manager and obtained copies of the online purchase application and communications between the suspects and the dealership. The purchase application was submitted using RM's name, social security number, date of birth, and previous address, along with a counterfeit California driver's license bearing RM's name and social security number, but not RM's photograph.

11.   As part of the online application process, the suspects provided a delivery address to Gwinett Place of PO Box 406 of a particular address in Los Angeles, California ("PO Box 406"), which was the address for a business called E&G Watch Repair that -- in addition to watch repair -- also rented post

office boxes. Mehr discovered that the suspects unsuccessfully attempted to purchase a $175,700 Mercedes Benz G-Class using RM's PII from the Mercedes Benz dealership located in Calabasas, California, then referred the investigation to LASD.

**B.    *LASD identifies Wesson through PO Box 406***

12.   On June 9, 2021, I contacted the owner of E&G Watch Repair, who confirmed that PO Box 406 was one of the company's post office boxes. The owner provided a copy of the application for PO Box 406, which showed that PO Box 406 was rented to **WESSON**. On the application, which **WESSON** submitted on August 7, 2020, **WESSON** stated that his physical address was Apartment 315 of the Palazzo West apartment complex, located on West Third Street, Los Angeles, California ("Apartment 315"). **WESSON** also provided a copy of his Georgia driver's license and health insurance card as part of the application process. Georgia Department of Motor Vehicles ("DMV") records show that the driver's license **WESSON** provided was valid.

13.   I then checked **WESSON'**s criminal history and found that he had previously been convicted of identity theft, grand theft, and vehicle theft in Orange County, California. **WESSON'**s criminal history further reflected that **WESSON** has been arrested in Georgia for theft by deception and has outstanding arrest warrants for identity theft in Orange County and failure to appear in Georgia. I also obtained a copy of **WESSON'**s booking photograph, taken following **WESSON'**s arrest in Orange County, which occurred on August 23, 2018. The booking photograph

appears as follows and matches the person depicted on the Georgia driver's license that **WESSON** used to open PO Box 406:



    C.    *Wesson uses victim WP's identity to rent Palazzo West Apartment 315*

    14.  As described above, on the application for PO Box 406, **WESSON** stated that his physical address was Apartment 315. This apartment is located within the Palazzo West apartment complex in Los Angeles and is approximately a half mile from E&G Watch Repair.

    15.  I obtained records for Apartment 315 and found that victim WP's PII was used to acquire the unit. During the application process, the individual who applied for Apartment 315 using WP's identity provided a fake Florida driver's license bearing WP's name and date of birth. However, the number on the

license (R610-073-71-223-0) was not valid, and the individual depicted on the license was **WESSON**, not WP[1]:



16.  **WESSON** made some initial payments toward Apartment 315's rent, but those payments were returned for insufficient funds, and thereafter, **WESSON** never attempted to pay for the unit. **WESSON** maintained possession of Apartment 315 from November 23, 2019 to February 25, 2021, when LASD served an eviction notice. As a result of **WESSON**'s fraudulent occupation of Apartment 315, the Palazzo West apartment complex suffered a loss of $68,159.

D.  ***Lewis uses RM's identity to rent Palazzo West Apartment 308***

17.  While investigating **WESSON**'s use of WP's identity to rent Apartment 315, the Palazzo West manager informed me that another tenant using RM's identity moved into Palazzo West

---

[1] The application was submitted on November 15, 2019 using an online product called RealPage, which captures signatures using DocuSign. I spoke to RealPage's legal team, who confirmed that the company's servers are located in Texas. DocuSign confirmed that its domestic servers are located outside of California.

Apartment 308 in March 2021 and had not made any payments toward the rent. Records show that RM's PII was used to apply for and rent Apartment 308 on March 14, 2021 using the online product On-Site, a subsidiary of Real Page, which maintains its servers in Texas. As part of the application process, the individual who rented Apartment 308 submitted a Florida driver's license bearing RM's name and PII. However, the license number (M302-857-84-100-0) was not valid, and the individual depicted on the license was **LEWIS**, not RM

18.  I then spoke to RM, who stated that he did not know **LEWIS** or authorize **LEWIS** to use his PII for any reason. The fraudulent driver's license used to rent Apartment 308 appeared as follows:



E.    ***Wesson uses RM's identity to rent Garment Lofts Apartment 401***

19.  On March 8, 2021, **WESSON** electronically signed and submitted an online lease through On-Site to rent Apartment 401 at the Garment Lofts, located on East 8th Street, Los Angeles, California ("Apartment 401"). The lease was signed and submitted

7

using RM's PII, and **WESSON** provided a fake California driver's license, with an invalid license number, that displayed RM's name and **WESSON**'s photograph. Garment Lofts approved the application and began renting Apartment 401 to **WESSON** on March 8, 2021 for a base rent of $2,950 per month. **WESSON** was later evicted from Apartment 401. His outstanding balance with Garment Lofts was $14,260.67. The counterfeit license **WESSON** used to rent Apartment 401 appeared as follows:



    **F.**    *Wesson and Lewis use victims GH and MK's identities to purchase a Harley Davidson motorcycle*

    20.  On April 2, 2021, someone using victim GH's stolen identity purchased for $20,344.82 a Harley Davidson motorcycle, bearing Vehicle Identification Number ("VIN") 1HD1KTM13GH634662, from the Cycle Exchange dealership on Main Street in Andover, New Jersey ("the Harley Davidson motorcycle"). The application and purchase were completed online, and was financed through Community Bank NA for $20,344.82 using GH's identity.

21.    During the application process, the suspect provided
a counterfeit driver's license that displayed GH's PII but the
photograph of an unknown black male adult who was not GH. The
suspect also asked the dealership to deliver the motorcycle to
victim MK at Apartment 401 in Los Angeles, which is the Garment
Lofts apartment that **WESSON** fraudulently rented with RM's
identity. As part of the delivery process, the suspect provided
a Florida driver's license bearing MK's PII, but the license
(bearing number K400-077-39-100-0) was not valid, and the
photograph on the license depicted **WESSON**, as follows:



22.    On April 29, 2021, the motorcycle was delivered to
Apartment 401, where **WESSON** accepted the motorcycle. That day,
the Cycle Exchange salesman contacted **WESSON** to confirm
delivery. **WESSON** confirmed that he received the motorcycle, and
thereafter sent to the salesman a photograph of the motorcycle
being delivered. The photograph depicted an individual who

matches **LEWIS**'s appearance leaning over the Harley Davidson motorcycle that was purchased with GH's identity, as follows:



23. I later contacted MK, a resident of California, who informed me that he did know **WESSON** and never authorized him to use his PII for any purpose. MK also filed an identity theft report in June 2021 with the Menifee Police Department when he discovered that his PII was being used to purchase vehicles and obtain loans without his consent.

**G.** ***Wesson uses GH's PII to purchase a high-end vehicle***

24. On April 6, 2021, a suspect used GH's PII to purchase a 2017 Mercedes Benz E-Class bearing VIN WDDZF6EB1HA242262 from Texas Direct Auto Inc., dba E-Commerce Company Vroom Inc. ("Vroom"), for $45,730. On the purchase documents, dated March 2, 2021, the suspect provided Apartment 401 (which **WESSON** rented with RM's PII) as his home address. The same driver's license used to purchase the Harley Davidson motorcycle described above was used to purchase this Mercedes Benz. On April 21, 2021, the

car was delivered to Apartment 401. The car is listed in the Stolen Vehicle System as "stolen."[2]

**H.**   ***Wesson attempts to use victim MB's PII to purchase a Can-Am motorcycle***

25.   Thereafter, a Cycle Exchange salesman informed me that the same individual who purchased the Harley Davidson motorcycle also applied to purchase a Can-Am Spyder F3-S motorcycle ("the Can-Am") from the dealership for $17,999 with PII that belonged to a man named victim MB and requested that the Can-Am be delivered to MK.[3] I then contacted MB, who is a resident of Minnesota, and who informed me that the application was submitted without his consent.

26.   When the Cycle Exchange salesman realized that the same individual was attempting to purchase the Can-Am, he did not process the sale, but remained in contact with the suspect. On June 10, 2021, the suspect contacted the salesman, said that he would be in Alabama for the next two months, and requested that the Can-Am be delivered to a particular address on Denise Drive in Prattville, Alabama, which is **WESSON'**s address of record with the Alabama Department of Motor Vehicles.

27.   **WESSON** then made several calls to the salesman about the delivery of the Can-Am from different phone numbers, one of which was a Verizon phone assigned number ending in 2926.

---

[2] The Mercedes was financed through JP Morgan Chase for $54,756.37 and was purchased via online application using DocuSign, which does not maintain any servers in California.

[3] The credit application was signed on May 12, 2021 and submitted to Community Bank NA.

Verizon records show that this phone number was subscribed to **WESSON** at Apartment 3462 of the Steelworks apartment complex on Mecaslin Street NW in Atlanta, Georgia ("Apartment 3462"). I then obtained a state warrant in case CHA21500372 to track this number and found that the phone repeatedly pinged in the vicinity of the Steelworks apartment complex.

I. *Wesson uses victim AN's PII to buy a Porsche Panamera and Land Rover*

28. On June 9, 2021, I again met with the manager of E&G Watch Repair. While there, the store manager spontaneously showed the me a large stack of unopened mail he retrieved from **WESSON**'s mailbox (PO Box 406). When the manager did so, I observed in plain view mail addressed to people other than **WESSON**. On June 30, 2021, I executed a state-issued search warrant on PO Box 406 in case CHA21500243 and found mail addressed to victim AN, including correspondences from Porsche Financial Services Inc. regarding the purchase of a 2020 Porsche Panamera bearing VIN WP0AB2A73LL140813 ("the Panamera"). The purchase records for the Panamera show that the car was financed through Porsche Financial Services on December 30, 2020, and purchased for $126,847.51 from the Collection LLC on Bird Road in Coral Gables, Florida. During the application process, the suspect used a fake California driver's license bearing AN's name, but the photograph of an unknown male, to buy the car.

29. I then found that in November 2020, AN filed a report with the Huntington Beach, California Police Department regarding the use of his stolen PII to buy a Land Rover from a

dealership in Cary, North Carolina. Records from the dealership show that the Land Rover credit application was submitted on November 24, 2022, and to purchase the Land Rover, the suspect provided a copy of the same counterfeit driver's license that was used to purchase the Panamera.[4] Moreover, the suspect who signed the purchase agreement did so in the presence of a notary public who recorded signatures and fingerprints from the suspect in a notary journal. Thereafter, a fingerprints expert working with the Los Angeles Police Department determined that the prints in the notary journal belonged to **WESSON.**

30.  I then asked Porsche Car Connect Mobile Services to activate the tracking device on the Panamera. On August 13, 2021, based on GPS data, the Panamera was found in Las Vegas, Nevada. An officer from the Las Vegas Metro Police Department spoke with the driver of the car, who stated that a friend with AN's first name gave her the Panamera and provided a description of the friend that was consistent with **WESSON'**s appearance.

**J.**    ***Law enforcement finds the stolen Harley Davidson motorcycle at the Palazzo West apartment complex***

31.  On June 11, 2021, I returned to the Palazzo West apartment complex where, with the consent of the building manager, I checked the parking spaces assigned to Apartment 308, which **LEWIS** rented using RM's stolen identity.

---

[4] The Land Rover was financed through JP Morgan Chase for $70,971.

32.  In the Palazzo West parking garage, I observed the Harley Davidson motorcycle, which was in one of the spaces assigned to Apartment 308. I photographed the Harley Davidson, which appeared as follows:



33.  On June 16, 2021, I returned to the Palazzo West apartment complex, and this time found that the motorcycle was no longer in the garage. I viewed the garage footage and observed that on June 11, 2021, **LEWIS** went into the garage and drove the motorcycle away. Stills from that surveillance appeared as follows:

 

K.    *LASD executes search warrant on Apartment 308*

34.   On June 17, 2021, LASD executed a state-issued search warrant on Apartment 308 of the Palazzo West apartment complex in case CHA21500228. Upon arrival, I knocked and announced numerous times, but the occupants would not open the door. Officers then forced the door open and encountered **LEWIS** and his minor son. During the execution of the warrant, a firearm with no serial number (i.e., a "ghost gun") loaded with five rounds of ammunition was found below the balcony of Apartment 308. The gun was partially wrapped in a black shirt, and appeared as follows:

 

35.   While searching the apartment, officers found in ~~WESSON's~~ LEWIS's MRW bedroom documents and keys for a 2015 Jeep Wrangler bearing VIN 1C4BJWEG3FL708393, registered to victim JR, with an address in Hollywood, California ("the Wrangler"). Officers also found a key FOB for the Harley Davidson motorcycle. Officers subsequently located the Jeep Wrangler parked in the Palazzo West garage. Records show that the Wrangler was purchased on July 25, 2019 using the identity of JR at Mercedes Benz of

Beverly Hills and was financed through Capital One the same day.[5] Following the search warrant, **LEWIS** was arrested and booked at the LASD West Hollywood Station. **LEWIS**'s booking photograph appeared as follows:



36.   After booking **LEWIS**, I read **LEWIS** Miranda warnings verbatim from an LASD card. **LEWIS** stated that he understood his rights and agreed to speak without an attorney present. During the interview, **LEWIS** told law enforcement, including myself, the following:

       a.   **LEWIS** met **WESSON** through an acquaintance, and paid **WESSON** $3,000 to rent Apartment 308. **WESSON** submitted the application for the apartment in RM's name and created a counterfeit identification using **LEWIS**'s photograph. **WESSON** told **LEWIS** to identify himself as RM to Palazzo West employees.

---

[5] JR filed a fraud affidavit related to the purchase of the Jeep Wrangler.

b.   **WESSON** purchased the Harley Davidson motorcycle using GH's identity and brought it to the Palazzo West apartment complex so **LEWIS** could store it. **LEWIS** stated that he did not know how **WESSON** obtained the motorcycle or that it was stolen.

c.   **LEWIS** said he did not know where the motorcycle was currently located.

d.   **LEWIS** purchased the Jeep Wrangler from an acquaintance he met through **WESSON** for $5,000. **LEWIS** did not know to whom the vehicle belonged.

e.   **LEWIS** denied possessing the firearm that officers found beneath his balcony during the execution of the Apartment 308 search warrant.

   L.   *Search warrant on Apartment 401*

37.   On July 6, 2021, in case CHA21500247, LASD executed a state search warrant on Apartment 401 of Garment Lofts, which as described above, **WESSON** rented using RM's stolen identity. This was also the location where **WESSON** had the Harley Davidson motorcycle -- acquired using GH's stolen identity -- delivered.

38.   When LASD officers entered Apartment 401, they found that the unit was unoccupied and contained only a small amount of furniture and personal property. While searching the apartment, officers found mail from Porsche Financial Services addressed to victim AN, empty prescription bottles issued to **WESSON**, and a Buyer's Tag receipt for the Land Rover that was purchased using AN's PII. Officers also found a utility bill from the Los Angeles Department of Water and Power ("LADWP") for services at Apartment 401 addressed to victim MS.

39.   I then contacted MS, who informed me that she had no knowledge of the utility account, that she had never lived in Los Angeles, and that the account was opened without her consent. MS also told me that she had previously been the victim of identity theft, and that someone purchased a vehicle using her PII from a dealership in Georgia and opened a cable account in her name in Nevada. Thereafter, an LADWP employee told me that the account at Apartment 401 had been open from March 10, 2021 through July 27, 2021, and that no payments had been made to the account.

**M.**   ***Wesson uses victim RD's PII to rent high-end apartments***

40.   To reiterate, **WESSON** contacted the Cycle Exchange salesman regarding delivery of the Can-Am motorcycle -- that he attempted to purchase with MB's PII -- from a phone number subscribed to **WESSON** at Steelworks Apartment 3462.

41.   In July 2021, I contacted the manager of the Steelworks apartment complex regarding Apartment 3462. Records from the complex show that the unit was rented in the name of victim RD on June 18, 2021, and that a counterfeit Florida driver's license was used to secure the apartment. The license displayed RD's PII, but the photograph on the license depicted **WESSON,** and appeared as follows:



42.   I then contacted RD, who resides in Minnesota, and who said that he discovered someone was using his PII when he began receiving phone calls from the Russell Westbrook Maserati in Los Angeles about an attempted car purchase in his name.[6] RD also received calls from apartment complexes in Georgia about rental applications submitted in his name, and notices from collection agencies about unpaid debts. RD told me that he did not know **WESSON** and never authorized him to use his PII for any purpose. **WESSON** never paid for Apartment 3462, and as a result, the Steelworks apartment complex suffered a loss of $12,133.01.

N.   *Wesson uses victim DF's PII to rent Apartment 538*

43.   Through a law enforcement database, I found another potential identity theft victim, BL, who was associated with Apartment 3462. I also found that BL was associated with Apartment 538 at the Local on 14th apartment complex in Atlanta, Georgia ("Apartment 538"). I contacted the manager of the

---

[6] The suspect attempted to purchase a BMW 5 series for $27,995 using DL's identity, though the sale was not approved.

complex, who stated that no one named BL resided in the building, but that mail addressed to BL had been delivered to Apartment 538. Rental documents show that this unit was rented in the name of victim DF and secured with a Texas driver's license. The driver's license displayed DF's name, but **WESSON**'s photograph. The license appeared as follows:



    O.    ***Fulton County Sheriff's Office executes a search warrant on Apartment 3462***

    44.  On September 4, 2021, in case SW026188, personnel from the Fulton County Sheriff's Office in Georgia executed a search warrant on Apartment 3462 and encountered **WESSON** inside the unit.

    45.  While executing the warrant, officers found that **WESSON** was in possession of a 2017 Land Rover bearing VIN SALWR2FK5HA690024, which was registered to victim TH. Records show that the legal owner of the car was Texas Direct Auto Inc. and that it was purchased through Vroom, with a credit application submitted on June 14, 2021. The purchase documents show that the car was financed with TH's PII on June 16, 2021

for $57,630.57. The delivery address **WESSON** provided was the residence described above on Denise Drive in Prattville, Alabama, which is **WESSON'**s DMV address of record.

46.   I contacted TH, a resident of Minnesota, who stated that he did not know **WESSON** and never authorized **WESSON** to purchase the vehicle.

**CONCLUSION**

47.   For the foregoing reasons, there is probable cause to issue the requested complaint and arrest warrants.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 27th   day of
April        , 2022.

_____
THE HONORABLE Michael R. Wilner
UNITED STATES MAGISTRATE JUDGE